VILLAGE OF MILL NECK, Appellant, *v.* WALTER J. NOLAN, Respondent.

(Argued May 4, 1932; decided June 1, 1932.)

*David C. Bennett* and *William T. McCoun* for appellant.
*Dominic B. Griffin* for respondent.

Judgment affirmed, with costs, on the ground that the zoning ordinance was not adopted in conformity with the provisions of section 178 of the Village Law (Cons. Laws, ch. 64), in that substantial and extensive changes were made by the Board of Trustees subsequent to the public hearing held upon the proposed ordinance without any new public hearing upon such changes and amendments; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.